# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DAVID C. SMITH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY FURNITURE COMPANY, INC., JOHN D LAPEY, MICHAEL P HALEY, T SCOTT MCILHENNY JR, JEFFREY S GILLIAM, JUSTYN R PUTNAM, and STEVEN A HALE II,<br><br>Defendants. | Civil Action No. 18-cv-00076-NCT-JLW<br><br><br>**NOTICE OF DISMISSAL** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, plaintiff David C. Smith ("Plaintiff") voluntarily dismisses with prejudice as to Plaintiff only and without prejudice as to the putative class in the above-titled action (the "Action") against Defendants as moot. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: March 12, 2018

Respectfully submitted,

**WARD BLACK LAW**

By /s/Janet Ward Black__
Janet Ward Black
NC Bar No. 12869
Nancy Meyers
NC Bar No. 23339
208 West Wendover Avenue
Greensboro, NC 27401
Tel.: (336) 510-2014
Fax: (336) 510-2181
jwblack@wardblacklaw.com

*Counsel for Plaintiff*

**OF COUNSEL**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel.: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Counsel for Plaintiff*

1

CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail address denoted on the attached Electronic Mail Notice List.

/s/Janet Ward Black
Janet Ward Black
NC State Bar 12869
Attorney for Plaintiffs
Ward Black Law
208 W. Wendover Ave.
Greensboro, NC  27401
336-333-2244
jwblack@wardblacklaw.com